# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD CASTON, | : | |
| Petitioner | : | No. 1:17-cv-01436 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| CAPTAIN S. SPAULDING, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 24th day of January 2018, upon consideration of the petition for writ of habeas corpus (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. No. 1), is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this matter.

          s/Sylvia H. Rambo
          SYLVIA H. RAMBO
          United States District Judge